IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS JACOBSON,

    Plaintiff,

v.

CONTRA COSTA COUNTY, JANE T. HIMMELOVO, JESSICA HAMILTON, PAUL MANAUT, VUTHY SEAN JENKINS, SAMIRA A. ADAAN, KIRBY BRACKEL, ALLEN E. DE LA CRUZ, AND DOES 1-20,

    Defendants.

/

No. C 19-01716 WHA

**ORDER RE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND EXTEND TIME TO SERVE NEW DEFENDANTS**

Plaintiff Nicholas Jacobsen has filed a motion seeking leave to amend his complaint. The proposed complaint has substituted three new Doe defendants, but the remaining content is essentially the same as the original complaint. Defendants do not oppose plaintiff's request to substitute the three new defendants nor to serve them. Defendants do, however, oppose the proposed amended complaint on the ground that plaintiff has re-alleged three claims (ADA, Rehabilitation Act, negligence) that had been dismissed in an August 2019 order.

Plaintiff contends that he has only included these claims to preserve them for appeal. Our court of appeals has held that it will not require dismissed claims to be repled in a subsequent amended complaint to be preserved for appeal. *Lacey v. Marciopa Cty.*, 693 F.3d 896, 928 (9th Cir. 2012)(en banc). Though it is not improper under *Lacey* for plaintiff to reallege the dismissed claims, there is no benefit in allowing plaintiff to do so here, and the interests of judicial economy would not be preserved by granting plaintiff's request.

Accordingly, to the extent the proposed amended complaint substitutes the three new Doe defendants, the motion is **GRANTED**. The motion to extend the time to serve these new defendants is also **GRANTED**. To the extent the proposed amended complaint realleges the claims dismissed in the August 2019 order, the motion is **DENIED**. Plaintiff shall file an amended complaint in comport with this order by **DECEMBER 18 AT NOON.** Plaintiff has until **DECEMBER 30** to serve the new defendants.

**IT IS SO ORDERED.**

Dated: December 11, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE