UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SETTLEMENT CONFERENCE MINUTES**

| **Date:** February 14, 2020 | **Time:** 12:18-4:25 | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.**: 19-cv-01716-WHA | **Case Name:** Jacobson v. Contra Costa County | |

**For Plaintiff(s):** Glenn Katon, Nicholas Jacobson
**For Defendant(s):** Jason Mauck, Scott Selby

**Deputy Clerk:** Doug Merry          **Court Reporter:** Not reported

**PROCEEDINGS**

Settlement Conference held.  Case did not settle.