Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS JACOBSON,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>Defendants. | Case No. 3:19-cv-01716-WHA<br><br>**NOTICE OF SETTLEMENT** |

Please take notice that the parties have executed a settlement agreement resolving all of Plaintiff's claims in the above-captioned case. They ask the Court to allow them 60 days to file a stipulated dismissal, so the County can process payment of the settlement check to Plaintiff.

Respectfully submitted,

| KATON.LAW | OFFICE OF CONTRA COSTA COUNTY COUNSEL |
|---|---|
| /s/ Glenn Katon | /s/ Jason W. Mauck |
| Glenn Katon | Jason W. Mauck |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |

Pursuant to Civil L.R. 5-1(i), I obtained the consent of Jason W. Mauck to file this document on his behalf. I declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, 2020 in Berkeley, California.

/s/ Glenn Katon
Glenn Katon